THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Robert G. Barbary,       
Appellant.
 
 
 

Appeal From Spartanburg County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2004-UP-320
Submitted March 19, 2004  Filed May 14, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Robert G. Barbary (Appellant) 
 was convicted of two counts of criminal domestic violence of a high and aggravated 
 nature (CDVHAN).  He was sentenced to concurrent terms of ten years in prison.  

On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant has not filed 
 a pro se response.  After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.       
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concur.  

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.